**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Nanette Lea Marsh and Peter Marsh, | Civil No. 10-2242 (RHK/FLN) |
| Plaintiffs, | |
| vs. | **ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Sam's West, Inc., d/b/a Sam's Club 6312, | |
| Defendant. | |

---

Based upon parties' Stipulation for Dismissal With Prejudice (Doc. No. 14),

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 2, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge